04/20/2005  03:35    6503220688                                                    PAGE  02/05

E-filing

1  James Dal Bon
   Law Offices of James Dal Bon
2  2625 Middlefield Road #600
   Palo Alto, CA 94306
3  CA# 157942
   (650)322-0687
4  jdblaw@earthlink.net

5  Attorney for the Plaintiff

FILED

APR 2 6 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

6

7

8

9

10

11

RECEIVED

APR 2 6 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WEN-YUAN SUN

          Plaintiff

     vs.

12  SIFU MENG'S INTERNATIONAL KUNG

13  FU ACADEMY, INC. AND QUANSHENG

14  MENG.

15          Defendants

16

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.: 04-05405 HRL

STIPULATION FOR CONTINUANCE OF
CASE MANAGEMENT CONFERENCE
AND ORDER

17

18  THE PARTIES BY AND THROUGH THEIR ATTORNEY OF RECORD HEREBY

19  STIPULATE TO THE FOREGOING:

20      1)      On April 20, 2005 the Plaintiff Wen-Yuan Sun was forced to retain a new attorney,

21              James Dal Bon, after his former counsel, Adam Wang substituted out due to an

22              conflict of interest alleged by the Defendant's attorney, Law Offices of Vaughan de

23              Kirby.

24

25

Stipulations                                              1

2)   A Case Management Conference has been scheduled for April 26, 2005 in Northern District Court in San Jose in front of Hon. Howard Lloyd, United States Magistrate Judge at 1:30 pm in Room 2.

3)   Due to short notice, Plaintiff's new counsel has not had time to completely familiarize himself with this case.  Additionally, the Plaintiff's counsel has a hearing in another case in San Francisco that morning.

4)   Defendants through their attorney have agreed to stipulate to a continuance of the Case Management Conference.

5)   Thus the Defendants and Plaintiff's counsel respectfully request a continuance of the Case Management Conference scheduled for April 26, 2005.  Plaintiff's counsel further respectfully requests that the conference not be set for between June 2, 2005 and June 15, 2005 since he has two trials scheduled for that period.

:

_____
James Dal Bon (Attorney for Plaintiff)                     Dated: 4/20/05

_____
Vaughan de Kirby (Attorney for Defendants)                 Dated: 4/20/05

PURSUANT TO THE STIPULATIONS IT IS SO ORDERED:
CMC continued to 6/21/05 at 1:30. Parties to follow Local Rules for filing joint case management statement.

_____
Honorable District Court Judge   U.S. Magistrate
Howard R. Lloyd                                            Dated: 4/25/05

Stipulations                              2