*E-filed 10/17/05*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WEN YUAN SUN,<br><br>    Plaintiff,<br><br>  v.<br><br>SIFU MENG'S INTERNATIONAL KUNG FU ACADEMY and QUANSHENG MENG,<br><br>    Defendants.<br>_____/ | Case No. C04-05405 HRL<br><br>**ORDER TO SHOW CAUSE RE: SETTLEMENT** |

On October 13, 2005, the court received notification from the Mediator that this case has settled. Accordingly, all trial and pretrial dates are vacated.

**On or before December 2, 2005**, the parties shall file a dismissal pursuant to Fed. R. Civ. P. 41(a). If a dismissal is not filed by the specified date, the parties shall appear in Courtroom 2, 5th Floor of the United States District Court, 280 South First Street, San Jose, CA 95113 on **December 13, 2005 at 10:00 a.m.** and show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(a). The parties shall file a joint statement in response to this Order to Show Cause **no later than December 6, 2005**, detailing (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is requested to finalize the settlement and file the dismissal.

1  If a voluntary dismissal is filed as ordered, the Order to Show Cause hearing will be
2  automatically vacated and the parties need not file a statement in response to this order.
3  **IT IS SO ORDERED.**
4  Dated: 10/17/05

/s/ Howard R. Lloyd
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  THIS IS TO CERTIFY THAT A COPY OF THIS NOTICE WILL BE SENT TO:

2  James Dal Bon  jdblaw@earthlink.net

3  Dezhan Li             daniel.li@gmail.com

4  Lawrence Wong   daniel.li@gmail.com

5  Dated: 10/17/05

6  /s/ RNR
Chambers of Magistrate Judge Howard R. Lloyd