*E-filed 12/6/05*

JAMES DAL BON 157942
12 South First Street, Suite 709
San Jose, CA 95113
Telephone:     (408) 421-3403
Facsimile:     (408) 351-0261
jdblaw@earthlink.net

Attorney for Plaintiff
WEN YUAN SUN

Lawrence Wong, SBN 80852
Dezhan (Daniel) Li, SBN 226782
Wong & Associates
413 Third Street
Oakland, CA 94607
Tel: (510) 451-2124
Fax: (510) 451-2448
daniel.li@gmail.com

Attorneys for Defendants
SIFU MENG'S INTERNATIONAL KUNG FU ACADEMY INC.
and QUANSHENG MENG

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

WEN YUAN SUN,

        Plaintiff,

    vs.

SIFU MENG'S INTERNATIONAL KUNG FU
ACADEMY INC. AND QUANSHENG MENG,

        Defendants

Case No.: **C 04-05405 HRL**

**STIPULATION TO DISMISS WITH
PREJUDICE AND [~~PROPOSED~~] ORDER**
as amended

      Pursuant to Federal Rules of Civil Procedure Rule 41(a)(2), Plaintiff WEN YUAN SUN,

and Defendants SIFU MENG'S INTERNATIONAL KUNG FU ACADEMY INC. and

QUANSHENG MENG,  through their respective counsels, stipulate as follows:

      1.    Plaintiff WEN YUAN SUN and Defendants SIFU MENG'S INTERNATIONAL

KUNG FU ACADEMY INC. and QUANSHENG MENG have fully resolved their disputes and

1

entered into a confidential Settlement Agreement and Releases of All Claims on December 2, 2005 (the "Settlement Agreement").

2.      As such, the parties respectfully request that the Court dismiss the claims alleged by WEN YUAN SUN in this case in their entirety with prejudice.

3.      Upon the dismissal of claims of WEN YUAN SUN, the parties submit to the Court that all claims alleged in this action have been dismissed with prejudice, and that the entire case shall be closed.

4.      The parties further agree that this Court shall retain its jurisdiction over this case for the purpose of enforcing the Settlement Agreement, for a period of one year from the date of this order.


Dated:  December 5, 2005                    /s/ JAMES DAL BON
                                            James Dal Bon
                                            Attorney for Plaintiff
                                            WEN YUAN SUN

Dated: December 5, 2005                     WONG AND ASSOCIATES


                                            /s/    DL
                                            Dezhan (Daniel) Li
                                            Attorney for Defendants
                                            SIFU MENG'S INTERNATIONAL KUNG
                                            FU ACADEMY INC. and QUANSHENG
                                            MENG

---

### [PROPOSED] ORDER

Pursuant to the parties' stipulation, **IT IS SO ORDERED.**

Dated:  December __6__, 2005                 /s/ Howard R. Lloyd
                                            Howard R. Lloyd
                                            United States Magistrate Judge


2

STIPULATION TO DISMISS

Sun vs Sifu Meng's Int'l Kung Fu Academy Inc. et al, Case No. C 04-05405 HRL